UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARY LOU WENDELL, )<br>　　　　Plaintiff, )<br>v. )<br>CYNTHIA RUMERY-TAYLOR, )<br>PORTLAND POLICE DEPARTMENT, )<br>and CITY OF PORTLAND )<br>　　　　Defendants. ) | Civil Action Docket No. 2:15-cv-00412-JHR |

## STIPULATION OF DISMISSAL

NOW COME the parties in this matter, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to the dismissal of the detainer/seizure without legal cause and false arrest claims against Defendant Cynthia Rumery-Taylor in Count I of Plaintiff's Complaint and the dismissal of the municipal liability claims against the Portland Police Department and the City of Portland in Count II of Plaintiff's Complaint. The dismissal shall be with prejudice and without costs to any party. The sole remaining claim for trial is for excessive force against Defendant Cynthia Rumery-Taylor under Count I.

Dated: June 10, 2016            /s/ David J. Van Dyke
　　　　　　　　　　　　　　　David Van Dyke, Esq.

　　　　　　　　　　　　　　　LYNCH & VAN DYKE
　　　　　　　　　　　　　　　261 Ash Street, P.O. Box 116
　　　　　　　　　　　　　　　Lewiston, ME 04243-0116
　　　　　　　　　　　　　　　Tel: (207) 786-6641
　　　　　　　　　　　　　　　dvandyke@hrlvd.com

| | |
|---|---|
| Dated: June 10, 2016 | /s/ Edward R. Benjamin, Jr. |
| | Edward R. Benjamin, Jr., Esq. |
| | Kasia S. Park, Esq. |
| | |
| | DRUMMOND WOODSUM |
| | 84 Marginal Way, Suite 600 |
| | Portland, ME 04101 |
| | Tel: (207) 772-1941 |
| ebenjamin@dwmlaw.com | |
| kpark@dwmlaw.com | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of June, 2016, I filed the foregoing Stipulation of Dismissal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ David J. Van Dyke
David Van Dyke, Esq.

LYNCH & VAN DYKE
261 Ash Street, P.O. Box 116
Lewiston, ME 04243-0116
Tel: (207) 786-6641
dvandyke@hrlvd.com